RAY GALLENTER, Appellant, v. BENNIE GALLENTER, Respondent.— Order dismissing action for neglect to prosecute reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, without prejudice to the

defendant's noticing the cause for trial and proceeding to trial upon such terms as the justice presiding at Special Term may direct. We are of opinion that the circumstances did not warrant a dismissal of the action. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.